## VAN TASSELL *v.* JEFFERSON COUNTY.

(177 Pac. 955.)

**Appeal and Error—Failure to File Abstract and Brief—Affirmance.**

1. Where appellant has not filed his abstract or brief within the time required by Supreme Court Rules 6 and 8 (89 Or. 712, 713, 173 Pac. viii), and there has been no extension granted or any excuse offered for the failure, judgment will be affirmed on motion, as provided by Rule 16 (173 Pac. x).

From Jefferson: T. E. J. DUFFY, Judge.

In Banc.

On motion to affirm judgment.     ALLOWED.

*Mr. Vine W. Pearce* and *Mr. Bert C. Boyles,* for the motion.

*Mr. Lewis H. Irving, contra.*

PER CURIAM.—1. This is a motion by defendants to affirm the judgment because of failure of plaintiff to

file his abstract and brief, as required by Rules 6 and 8 of this court.

Plaintiff filed his transcript on appeal on August 16, 1918. His time for filing an abstract expired September 5, 1918, and there has been no extension granted, nor is any excuse offered for failure to file the abstract and briefs as required by our rules.

Defendants move the court for an affirmance of the judgment, as provided in Rule 16, and it is so ordered, with costs against plaintiff.     AFFIRMED ON MOTION.